UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------- X

UNITED STATES OF AMERICA          :     **UNSEALING ORDER**

           - v. -                 :     20 Cr. 160

JORGE NAVARRO,                    :
ERICA GARCIA,
MARCOS ZULUETA,                   :
MICHAEL TANNUZZO,
GREGORY SKELTON,                  :
ROSS COHEN,
SETH FISHMAN,                     :
LISA GIANNELLI,
JORDAN FISHMAN,
RICK DANE, JR.,                   :
CHRISTOPHER OAKES,
JASON SERVIS,                     :
KRISTIAN RHEIN,
MICHAEL KEGLEY, JR.,
ALEXANDER CHAN,                   :
HENRY ARGUETA,
NICHOLAS SURICK,                  :
REBECCA LINKE, and
CHRISTOPHER MARINO,
                                  :
          Defendants.
                                  :

------------------- X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Sarah Mortazavi, Andrew Adams, and Benet Kearney;

It is found that the Indictment in the above-captioned action, 20 Cr. 160, is currently sealed and the United States Attorney's Office has applied to have that Indictment

automatically unsealed on March 9, 2020 at 7:00 a.m., it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed on March 9, 2020 at 7:00 a.m. and remain unsealed pending further order of the Court.

SO ORDERED.

Dated:   New York, New York
         March 6, 2020

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE