# CERTIFICATE OF ANALYSIS

## Report # Rpt-190808002

Page 1 of 1



**industrial LABORATORIES**
Industrial Laboratories is your full-service
independent third party analytical laboratory

To :

███████████████

**Date of Report:**
**August 08, 2019**

TRACK/EVENT:  Nine Mile Farm
COLLECTION

DATE OF RECEIPT:  June 18, 2019
SEAL NUMBER:  NA
DATE OF  June 18, 2019

| SampleCode | Client ID | Sample Type | Result |
|---|---|---|---|
| 19061821-001 | #608 | Placental Fluid | Screening tests detected: |

Screening tests detected:
Acepromazine (0.2 ng/mL)
Levamisole (16 ng/mL)
Detomidine (10 ng/mL)
Pyrilamine (10 ng/mL)
Lidocaine (633 ng/mL)
MEGX (0.6 ng/mL)
Xylazine (3 ng/mL)
Caffeine (25 ng/mL)

Follistatin ELISA kit: negative
Human Insulin Growth Factor -1 (IGF-1) ELISA kit: negative
Bovine Insulin Growth Factor -1 (IGF-1) ELISA kit: negative
Bovine Growth Hormone (GH) ELISA kit: negative

**Testing was conducted using Liquid Chromatography / Mass Spectrometry-Mass Spectrometry (LC-MS/MS) and Immunoassay.**

IL-DTS-M-003,IL-DTS-M-022

**Test results are based on <u>screening</u> tests and should not be used for legal purposes**
**without additional testing (confirmatory analysis available at client request)**
**The results shown on this test report apply only to the sample listed above.**
**Test results determined by Industrial Laboratories do not constitute a guarantee that subsequent testing of**
**different samples will yield the same result.**
**\*\* Industrial Laboratories cannot guarantee that all potential drugs are detected with existing methods**

REPORTED BY (Sign/Date) ███████████████████████████████

4046 Youngfield St., Wheat Ridge, CO 80033 (303) 287-9691  (303) 287-0964 Fax www.industriallabs.net
Submission of samples is considered a contracting service and this acknowledges
and accepts Industrial Laboratories' terms and conditions at
www.industriallabs.net/terms.html
This report is not to be reproduced in whole or in part without obtaining prior written authorization

USAO_20CR160_00162405
IL-00000579

CONFIDENTIAL