FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   05/31/2019

On February 5, 2019, at approximately 4:34 p.m., pursuant to a federal search warrant issued by the Southern District of New York, the results for Jorge Navarro's email account, JNavarroStables@gmail.com (hereinafter "the email account"), were received by Special Agent (SA) Robert Berntsson of the Federal Bureau of Investigation (FBI) New York Field Office (NYO).

SA Berntsson, SA Timothy Bergen, and SA Bruce Turpin (herein, "the agents") reviewed the email search warrant and affidavit before viewing the email account return.

The search of the email account was completed on May 7, 2019. The agents separated the pertinent emails from the entire email account return. The non-pertinent emails were separated and will not be reviewed further without a new search warrant.

A disc containing the pertinent emails and a copy of the search warrant are attached as a 1A.

Investigation on  02/28/2019  at  Manhattan, New York, United States (Email)

File #  281H-NY-2285141-302                              Date drafted  03/31/2019

by  BERNTSSON ROBERT, BERGEN TIMOTHY JOHN, TURPIN BRUCE A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.