UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/12/2022
```

UNITED STATES OF AMERICA,

-against-

ERICA GARCIA, MICHAEL TANNUZZO, SETH FISHMAN, LISA GIANNELLI, RICK DANE, JR., JASON SERVIS, and ALEXANDER CHAN,

Defendants.

20-cr-160 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The requests of Seth Fishman and Lisa Giannelli to file under seal the submissions they emailed to Chambers, on January 11, 2022 and January 10, 2022, respectively, in connection with the timing of their trial are GRANTED IN PART and DENIED IN PART. By 2:00 p.m. today, the defendants must file those submissions on the public docket and redact only specific, sensitive personal information.

**SO ORDERED.**

Date: **January 12, 2022**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1