```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ERICA GARCIA, MICHAEL TANNUZZO, SETH FISHMAN, LISA GIANNELLI, RICK DANE, JR., JASON SERVIS, and ALEXANDER CHAN,<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 1/14/2022<br><br>20-cr-160 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

For the reasons the Court explained on the record at the conference on January 13, 2022, the motions of the Group I defendants to adjourn their trial [ECF Nos. 660, 661] are DENIED. Jury selection will begin on January 19, 2022 at 9:00 a.m. The trial will be held in Courtroom 26A of 500 Pearl Street, New York, NY 10007.

The Final Pretrial Conference will be held on January 18, 2022 at 2:00 p.m. in Courtroom 26A. If counsel wish to enter Courtroom 26A, for purposes of trial preparation, at another time, they must contact Chambers as soon as possible. All requests for permission to bring electronics into the courtroom must be sent to Chambers by 5:00 p.m. on January 17, 2022.

The Clerk of Court is respectfully requested to terminate the motions pending at docket entries 650, 653, 655, 660, 661, and 663.

**SO ORDERED.**

**Date: January 14, 2022**       _/s/ Mary Kay Vyskocil_
     **New York, NY**        **MARY KAY VYSKOCIL**
                                       **United States District Judge**