UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/2/2022
```

UNITED STATES OF AMERICA,

-against-

ERICA GARCIA, MICHAEL TANNUZZO, SETH FISHMAN, LISA GIANNELLI, RICK DANE, JR., JASON SERVIS, and ALEXANDER CHAN,

Defendants.

20-cr-160 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that by February 7, 2022, the government and counsel for Defendants Gianelli and Dane shall confer and file a letter on ECF informing the Court whether *Bruton* issues, or other legal reasons, preclude the Court from trying Defendants Giannelli and Dane together in the Group II trial slot.

**SO ORDERED.**

Date: February 2, 2022
      New York, NY

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**

1