UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 2/22/2022 |
| -against- | 20-cr-160 (MKV) |
| ERICA GARCIA, MICHAEL TANNUZZO, LISA GIANNELLI, JASON SERVIS, and ALEXANDER CHAN, | ORDER |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

  This Thursday, February 24, 2022, the Court is holding a routine status conference for the remaining five defendants awaiting trial in this case. Last Friday, counsel for Giannelli filed a letter on the docket requesting that Gianelli be permitted to attend the conference remotely [ECF No. 779], and counsel for Garcia made the same request on behalf of her client via email to the Court's deputy. These requests are denied. The Court is conducting the status conference in the courtroom. In a memo dated November 3, 2021, which is posted on the Court's public website, the Office of the District Court Executive advised the public that the Southern District no longer provides remote access to "in-court criminal proceedings." Edward Friedland, *Telephone Access for Criminal Proceedings* (Nov. 3, 2021), *available at* https://nysd.uscourts.gov/covid-19-coronavirus. Accordingly, any defendant who wishes to attend the conference must be present in person. The Clerk of Court is respectfully requested to terminate the letter motion pending at docket entry 779.

**SO ORDERED.**

Date: February 22, 2022
   New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
United States District Judge