UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/6/2022__

UNITED STATES OF AMERICA,

-against-

ERICA GARCIA, MICHAEL TANNUZZO, JASON SERVIS, and ALEXANDER CHAN,

Defendants.

20-cr-160 (MKV)

ORDER SCHEDULING TRIALS

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the trial of Defendants Garcia and Tannuzzo will begin on Monday, September 12, 2022. The parties shall file any motions *in limine* by August 8, 2022. The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by August 22, 2022. The final pretrial conference will take place on September 8, 2022 at 10:30 a.m.

IT IS FURTHER ORDERED that the trial of Defendants Servis and Chan will begin on Monday, January 9, 2023. The parties shall file any motions *in limine* by December 5, 2022. The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by December 19, 2022. The final pretrial conference will take place on January 5, 2023 at 10:30 a.m.

The trials will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007. These are firm trial dates. The Court will not accept delays.

SO ORDERED.

Date: **May 6, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**