

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

June 8, 2022

By ECF

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Erica Garcia,* 20 Cr. 160 (MKV)

Dear Judge Vyskocil:

    Doctor Garcia and Michael Tannuzzo are scheduled for trial on September 12, 2022. I write to respectfully request a two-week adjournment of the trial date. Mr. Tannuzzo's lawyer, Donald Rollock joins in the application. The government has no objection.

    I am requesting an adjournment because I do not have sufficient time to prepare Dr. Garcia's case for trial before early September. I begin another trial before Judge Furman on June 13 that will last three to four weeks. *See United States v. Joshua Schulte,* 17 Cr. 548 (JMF). Mr. Schulte is *pro se*, and I am serving as one of his standby counsel. I told the Court about this matter when we discussed a potential trial date for Dr. Garcia. At the time, however, I did not know how long Mr. Schulte's trial would last or how long it would take to prepare.

    Mr. Schulte is a former CIA employee. A substantial amount of the discovery in his case is classified, and I have been spending significant time in the courthouse SCIF, assisting him as he drafts motions and other trial-related materials. Because the case involves classified evidence and a *pro se* defendant, there are numerous, complex legal and procedural issues to address. In addition, electronic devices are prohibited in the SCIF, so it is not possible to work on other matters while I am there. As a result, I have not been able to devote as much time as expected to Dr. Garcia's case. Nor, given the complicated scientific evidence at issue in her trial, will I have sufficient time after Mr. Schulte's trial to prepare an adequate defense. Aaron Mysliwiec recently joined me as co-counsel on this matter, but he is still getting up to speed and has other work obligations this summer that require his immediate attention.

    I recognize the difficulty of scheduling trials, especially when multiple parties are involved, and appreciate the Court's consideration.

32618.docx

Honorable Mary Kay Vyskocil
Page 2

                              Respectfully submitted,

                                        /s/

                              Deborah Colson
                              Colson Law PLLC
                              (917) 543-6490 (cell)

cc:   AUSA Sarah Mortazavi
       AUSA Anden Chow
       Donald Rollock, Esq.
       Aaron Mysliwiec, Esq.