```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 20-cr-160 (MKV) |
| ERICA GARCIA, | SCHEDULING ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a change of plea hearing on August 1, 2022 at 4:30 p.m.  The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Date:  **July 29, 2022**
       **New York, NY**

                                                */s/ Mary Kay Vyskocil*
                                               **MARY KAY VYSKOCIL**
                                               United States District Judge