USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :
            - v. -                :  CONSENT PRELIMINARY ORDER
                                  :  OF FORFEITURE/
ERICA GARCIA,                     :  MONEY JUDGMENT
                                  :
            Defendant.             :  S14 20 Cr. 160 (MKV)
                                  :
- - - - - - - - - - - - - - - - - x

WHEREAS, on or about August 1, 2022, ERICA GARCIA (the "defendant") was charged in a two-count Superseding Information (the "Information"), with introducing into interstate commerce adulterated and misbranded drugs, and misbranding and adulteration of drugs in interstate commerce, in violation of Title 21, United States Code, Sections 331 and 333;

WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Sections 334, of any and all drugs that were adulterated or misbranded when introduced into or while in interstate commerce or while held for sale (whether or not the first sale) after shipment in interstate commerce, or which may not, under the provisions of section 331(ll), 344, or 355 of this title, have been introduced into interstate commerce, including but not limited to a sum of money in United States currency representing the value of such property (the "Forfeitable Property");

WHEREAS, on or about August 1, 2022, the defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegations with respect to Counts One and Two of the Information and agreed to forfeit, pursuant to Title 21, United States Code, Sections 334 and 853, and Title 28, United States Code, Section 2461(c), a sum of money equal to $18,276.68 in United States currency representing the value of the Forfeitable Property;

WHEREAS, the defendant consents to the entry of the Money Judgment in the amount of $18,276.68 in United States currency representing the value of Forfeitable Property, subject to the provisions for payment specified below;

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offenses charged in Counts One and Two of the Information that the defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Anden Chow and Sarah Mortazavi, of counsel, and the defendant, and her counsel, Deborah Colson, Esq., that:

1. As a result of the offenses charged in Counts One and Two of the Information, to which the defendant pled guilty, the Money Judgment in the amount of $18,276.68 in United States currency (the "Money Judgment"), representing the value of the Forfeitable Property shall be entered against the defendant, and shall be remitted by the defendant on or before the date of the defendant's sentencing in this matter.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, shall be deemed part of the sentence of the defendant and will be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service", and delivered by overnight mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture

Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

6. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[Continued]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     7/21/2022
    ANDEN CHOW                           DATE
    SARAH MORTAZAVI
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007

By: _____     8/1/22
    ERICA GARCIA                         DATE

By: _____     8/1/22
    DEBORAH COLSON, ESQ.                 DATE
    Attorney for Defendant

SO ORDERED:
_____          Aug 1 2022
HONORABLE MARY KAY VYSKOCIL              DATE
UNITED STATES DISTRICT JUDGE